**2009–2020.  State v. Davis.**
Cuyahoga App. No. 93008. On motion for leave to file delayed appeal. Motion denied.

**2009–2026.  Naples v. State.**
Trumbull App. No. 2008–T–0092, 2009-Ohio-3938. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; cause consolidated with 2009–1682, *Naples v. State*, Trumbull App. No. 2008–T–0092, 2009-Ohio-3938; and briefing schedule stayed.

**2009–2027.  State v. Grate.**
Trumbull App. No. 2008–T–0058, 2009-Ohio-4452. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; cause consolidated with 2009–1827, *State v. Grate*, Trumbull App. No. 2008–T–0058, 2009-Ohio-4452; and briefing schedule stayed.

**2009–2053.  Fischbach v. Mercuri.**
Montgomery App. No. 23188, 2009-Ohio-4790. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 8 of the *court of appeals'* Decision and Entry filed November 3, 2009:

"May a constructive trust be imposed on survivorship funds that a beneficiary receives from a public retirement system account, where the beneficiary's receipt of the funds inequitably results from the decedent's wrongful failure to designate an ex-spouse as a beneficiary for survivorship funds on the account?"

MOYER, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

The conflict case is *Schrader v. Schrader*, Hocking App. No. 03CA20, 2004-Ohio-4104.

Sua sponte, cause consolidated with 2009–1953, *Fischbach v. Mercuri*, Montgomery App. No. 23188, 2009-Ohio-4790.

**2009–2059.  State v. Sosnoskie.**
Montgomery App. No. 22713, 2009-Ohio-2327. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2009–2073.  State v. Griffin.**
Cuyahoga App. No. 91845, 2009-Ohio-4366. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, J., dissents.

**2009–2095.  State v. Sheffield.**
Cuyahoga App. No. 93833. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR and LANZINGER, JJ., dissent.

**2009–2131.  State v. Chappell.**
Cuyahoga App. No. 92455, 2009-Ohio-5371. On motion for stay of court of appeals' judgment. Motion granted.

PFEIFER and O'DONNELL, JJ., dissent.

**2009–2140.  State ex rel. Bardwell v. Cuyahoga Cty. Bd. of Commrs.**
Cuyahoga App. No. 93058, 2009-Ohio-5573. On motion to stay judgment pending appeal. Motion denied.

O'DONNELL, J., dissents.